IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES WOFFORD,<br><br>Plaintiff,<br><br>-v-<br><br>JANSSEN RESEARCH & DEVELOPMENT f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT LLC, ORTHO-MCNEIL PHARMACEUTICAL LLC, JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICAL, INC., TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D INC. f/k/a TEVA GLOBAL RESPIRATORY RESEARCH LLC f/k/a IVAX RESEARCH LLC f/k/a IVAX RESEARCH INC. f/k/a IVAX LABORATORIES INC. f/k/a BAKER NORTON PHARMACEUTICALS INC., and JOHNSON & JOHNSON<br><br>Defendants. | Case No. 2:22-cv-03899-BRM-ESK |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CHARLES WOFFORD, together with the above-captioned Defendants, by and through their respective counsel of record, that the claims of Plaintiff, CHARLES WOFFORD, be dismissed with prejudice and that Plaintiff be dismissed as a party to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs.

Date: May 8th, 2024

*Attorneys for Plaintiff*

 s/ *Aaron M. Heckaman* 
Aaron M. Heckaman, #24059920
Megan L. Roper, #24098346
Bailey Cowan Heckaman PLLC
1360 Post Oak Blvd., Suite 2300
Houston, TX 77056
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
elmiron@bchlaw.com

*Attorney for Defendants
Janssen Pharmaceuticals,
Inc. and Johnson & Johnson*

 s/ *Michael C. Zogby* 
Michael C. Zogby
Barnes & Thornburg, LLP
67 East Park Place, Suite 1000
Morristown, NJ 07960
973-775-6110
Michael.Zogby@btlaw.com

Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

## CERTIFICATE OF SERVICE

I, Aaron M. Heckaman, hereby certify that May 8th, 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

It is so ordered this 8th day of _____, 2024

Brian R. Martinotti, U.S.D.J.